# EXHIBIT 1

**Registration Number**

# VA 2-439-257

**Effective Date of Registration:**
January 28, 2025
**Registration Decision Date:**
March 26, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   October 26, 2016 to November 30, 2016

## Title

| | |
|---|---|
| **Title of Group:** | KB_GNR_SouthAmerica2016 |
| **Number of Photographs in Group:** | 651 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Earliest Publication Date in Group:** | October 26, 2016 |
| **Latest Publication Date in Group:** | November 30, 2016 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Katarina Benzova |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | Slovakia |
| **Domiciled in:** | United States |
| **Year Born:** | 1987 |

## Copyright Claimant

**Copyright Claimant:**   Katarina Benzova
13700 Marina Pointe Drive, Apt.619, Marina Del Rey, CA, 90292, United States

## Rights and Permissions

**Name:**   Katarina Benzova

Page 1 of 2

|  |  |
|---|---|
| **Email:** | katarinabenzova@gmail.com |
| **Telephone:** | (646)371-3448 |
| **Address:** | 13700 Marina Pointe Drive |
|  | 619 |
|  | Marina Del Rey, CA 90292 |

## Certification

|  |  |
|---|---|
| **Name:** | Katarina Benzova |
| **Date**: | January 28, 2025 |

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.