NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Zach S. Rosenblatt, Esq
ZSR LAW
406 Broadway #125
Santa Monica CA 90401

CLEAR FORM

ATTORNEY(S) FOR:  KATARINA BENZOVA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KATARINA BENZOVA | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| PETERSON CAR MUSEUM | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    KATARINA BENZOVA
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| PETERSON CAR MUSUEM | DEFENDANT |
| KATARINA BENZOVA | PLAINTIFF |

6/9/2026

Date

*Zach Rosenblatt*

Signature

Attorney of record for (or name of party appearing in pro per):

KATARINA BENZOVA

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**